

VOLTSTAR TECHNOLOGIES, INC.,
fka Horizon Technologies, Inc.,
Plaintiff–Appellant

v.

AMAZON.COM, INC., a Delaware
Corporation, Defendant–
Appellee.

No. 2014–1772.

United States Court of Appeals,
Federal Circuit.

April 14, 2015.

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

In re EIDOS COMMUNICATIONS,
LLC, Appellant.

No. 2014–1660.

United States Court of Appeals,
Federal Circuit.

April 14, 2015.

Joel B. Rothman, Schneider Rothman IP Law Group, Boca Raton, FL, argued for plaintiff-appellant. Also represented by Jerold I. Schneider.

Bradford Peter Lyerla, Jenner & Block LLP, Chicago, IL, argued for defendant-appellee. Also represented by Joshua Segal, Washington, DC.

Before PROST, Chief Judge, LOURIE, Circuit Judge, and GILSTRAP, District Judge.[*]

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

* Honorable Rodney Gilstrap, District Judge, United States District Court for the Eastern

Robert C. Nissen, McKenna Long & Aldridge, LLP, Washington, DC, argued for appellant. Also represented by Song Jung, Carl Paul Bretscher.

Joseph Matal, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for intervenor Michelle K. Lee. Also represented by Nathan K. Kelley, Scott Weidenfeller, Sydney O. Johnson, Jr.

LOURIE, PLAGER, and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

District of Texas, sitting by designation.

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Adam K. VETTER, Claimant–Appellant

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2014–7090.

United States Court of Appeals, Federal Circuit.

April 14, 2015.

Jeffrey Daniel Smyth, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Palo Alto, CA, argued for claimant-appellant. Also represented by Jennifer Swan; Ronald Lee Smith, Washington, DC.

Loren Misha Preheim, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Claudia Burke; Y. Ken Lee, Amanda Blackmon, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

Before CHEN, BRYSON, and HUGHES, Circuit Judges.

PER CURIAM.

Adam K. Vetter appeals from the finding of the United States Court of Appeals for Veterans Claims (Veterans Court) that the record does not reasonably raise a claim for 1) a total disability rating based on individual unemployability (TDIU) under 38 C.F.R. § 4.16(b), and 2) a disability rating based on the loss of use of his dominant hand under 38 C.F.R. § 4.63, which would further entitle Mr. Vetter to additional special monthly compensation under 38 U.S.C. § 1114(k).

Although Mr. Vetter attempts to frame the issue on appeal as whether the Veterans Court correctly interpreted the law and applied the correct legal standards, in effect Mr. Vetter merely disagrees with the Veterans Court's application of 38 C.F.R. § 4.16 and 38 C.F.R. § 4.63 to find the record does not reasonably raise a claim under those provisions. We do not have jurisdiction to review the Veterans Court's application of the law to the facts of Mr. Vetter's case unless it presents a constitutional issue—which has not been alleged here. 38 U.S.C. § 7292(d)(2); *Jackson v. Shinseki*, 587 F.3d 1106, 1109 (Fed.Cir.2009); *cf. Livingston v. Derwinski*, 959 F.2d 224, 225 (Fed.Cir.1992) ("[T]he mere recitation of a basis for jurisdiction by party or a court[ ] is not controlling; we must look to the true nature of the action.").

Accordingly, we dismiss Mr. Vetter's appeal for lack of jurisdiction.

**DISMISSED**

COST

No costs.

